UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GAMAL MOSTAFA, § | |
| *Plaintiff* § | |
| v. § | Case No. 1:23-CV-01531-RP |
| § | |
| UNITED STATES OF AMERICA, § | |
| *Defendant* § | |

## ORDER

On December 18, 2023, Plaintiff filed his Complaint. Dkt. 1. To date, however, there is no indication that Plaintiff has served Defendant with the complaint and summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). More than 90 days have passed since Plaintiff filed his Complaint.

**IT IS ORDERED** that Plaintiff shall show cause in writing on or before **April 1, 2024**, as to why Plaintiff's claims against Defendant should not be dismissed for failure to timely effectuate service. Failure to comply with the Court's order by the deadline may result in the dismissal of this action. *See* FED. R. CIV. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) ("A district court *sua sponte* may dismiss an action for failure to prosecute or comply with any court order.").

**SIGNED** on March 20, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE